IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Israel Ruiz, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case no. 23-cv-50133 |
| ) | |
| v. ) | Honorable Rebecca R. Pallmeyer |
| ) | Judge Presiding |
| Michael Remmers, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

1. On February 26, 2025, this Court ordered defense counsel "is directed to file a written status report regarding the status of Dixon's disciplinary transfers, if any, that may pertain to plaintiff." Dkt 60.

2. Plaintiff resides at Dixon Correctional Center in Dixon, Illinois.

3. As of February 26, 2025, Plaintiff has no pending disciplinary transfers on his record with the Illinois Department of Corrections. Exhibit 1, Transfer Package Document.

4. As has been indicated to undersigned counsel by Dixon Correctional Center, once a transfer request is denied, it is no longer pending and there would need to be resubmission to the appropriate office before one could take effect.

Dated: March 3, 2025         Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

                                                    By:   /s/ *Katharine Kramer*
                                                             Katharine Kramer
                                                             Assistant Attorney General
                                                             Office of the Illinois Attorney General
                                                             115 S. LaSalle Street
                                                             Chicago, Illinois 60603
                                                             Work Cell: (217) 720-8765
                                                             Katharine.Kramer@ilag.gov

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on March 3, 2025, the foregoing document, STATUS REPORT, was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Additionally, on March 3, 2025, this document is being mailed to the following individual via regular US Mail:

Israel Ruiz
K83131
Dixon Correctional Center
2600 North Brinton Avenue
Dixon IL 61021

             */s/ Katharine Kramer*